# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| BRENT BASSKNIGHT, | : | No. 3:16cv1464 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, to wit, this 29th day of September, 2017, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objections to the report and recommendation of Magistrate Judge Mehalchick (Doc. 20) are **OVERRULED**;

2. The report and recommendation of Magistrate Judge Mehalchick (Doc. 19) is **ADOPTED**;

3. Plaintiff's appeal of the Commissioner of Social Security's decision denying plaintiff's applications for disability and disability insurance benefits is **DENIED**;

4. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff; and

5. The Clerk of Court is directed to close this case.

BY THE COURT:


**s/ James M. Munley**
**JAMES M. MUNLEY**
**United States District Judge**